IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARIAH DALTON,[1] | § | |
| | § | No. 403, 2017 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File: 16-04-01TS |
| LAUREL SADDLER, | § | Petition: 16-11084 |
| | § | |
| Petitioner Below, | § | |
| Appellee, | § | |
| | § | |
| and | § | |
| | § | |
| ALLEN AUSTIN, | § | |
| | § | |
| Respondent Below, | § | |
| Cross-Appellant. | § | |

Submitted: April 18, 2018
Decided: April 20, 2018

Before **VAUGHN**, **SEITZ** and **TRAYNOR**, Justices.

## **O R D E R**

This 20th day of April 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its September 5, 2017 Order.

---

[1] In accordance with Del. Sup. Ct. R. 7(d), the Court has assigned pseudonyms to all parties.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family

Court be AFFIRMED.

BY THE COURT:


/s/ Gary F. Traynor
Justice